# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 13-10134 (MFW) |
| POWERWAVE TECHNOLOGIES, INC., | Chapter 7 |
| Debtor. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc., | Adv. Proc. No. 15-50142 (MFW) |
| Plaintiff, | |
| v. | |
| RONALD J. BUSCHUR, KEVIN T. MICHAELS, MARVIN MAGEE, KHURRAM SHEIKH, DANIEL DELLA FLORA, BASEM ANSHASI, MOIZ M. BEGUWALA, KEN J. BRADLEY, RICHARD E. BURNS, JOHN L. CLENENDIN, DAVID L. GEORGE, EUGENE L. GODA, CARL W. NEUN, PAU RAJ AROGYASWAMI, DAVID A. DEPTULA, THEODORE S. RAPPAPORT, ROBERTO SUASTEGUI, and DOES 1-20, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on January 27, 2015, plaintiff Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee of Powerwave Technologies, Inc. (the "Chapter 7 Trustee"), filed a Complaint against Ronald J. Buschur, Kevin T. Michaels, Marvin Magee, Khurram Sheikh, Daniel Della Flora, Basem Anshasi, Moiz M. Beguwala, Ken J. Bradley, Richard E. Burns, John L. Clenendin, David L. George, Eugene L. Goda, Carl W. Neun, Pau Raj Arogyaswami, David A. Deptula, Theodore S. Rappaport, Roberto Suastegui (collectively, the "Defendants"), in the United States Bankruptcy Court for the District of Delaware; and

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Chapter 7 Trustee hereby voluntarily dismisses with prejudice the above action as to each of the Defendants.

Dated: September 24, 2015
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
wtaylor@mccarter.com
kbuck@mccarter.com

- and -

Charles A. Stanziale, Jr.
Clement Farley
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Counsel to the Chapter 7 Trustee*